—Adulteración de leche. San Juan, Sección Segunda. Noviembre 8, 1920. *Desistidas.*

No. 2312. SÁRRAGA, APELANTE, *v.* COMISIÓN DE INDEMNIZACIONES A OBREROS, APELADO.—*Certiorari* de la Corte de Distrito de Ponce. Noviembre 9, 1920. *Desestimada.*

No. 2324. TORREGROSA, APELADO, *v.* TORREGROSA, APELANTE. —Divorcio. Aguadilla. Noviembre 9, 1920. *Desestimada.*

No. 1576. EL PUEBLO, APELADO, *v.* PICO, APELANTE.—Infracción de la Ley Orgánica, sección 2. Ponce. Noviembre 9, 1920. *Revocada y sobreseida la causa.*

No. 304. CASTRILLÓN & CÍA., S. EN C., PETICIONARIOS, *v.* L. CAMPILLO, JUEZ DE DISTRITO, DEMANDADO.—San Juan, Sección Primera. *Certiorari.* Noviembre 9, 1920. *Sin lugar.*

No. 2309. ECHAVARRÍA Y MAISONAVE ET AL., APELADOS, *v.* LÓPEZ, APELANTE.—Desahucio. Aguadilla. Noviembre 9, 1920. *Desestimada.*

No. 2360. THE FAJARDO SUGAR COMPANY, APELADA, *v.* RODRÍGUEZ, APELANTE.—Desahucio. Humacao. Noviembre 11, 1920. *Desistida.*

No. 2361. RODRÍGUEZ, APELANTE, *v.* FAJARDO SUGAR COMPANY, APELADA.—*Injunction.* Humacao. Noviembre 11, 1920. *Desistida.*

No. 2326. FERRER, APELANTE, *v.* GUTIÉRREZ, APELADO.—*Injunction.* Aguadilla. Noviembre 12, 1920. *Desestimada.*

No. 2313. BORRERO, APELANTE, *v.* COMISIÓN DE INDEMNIZACIONES A OBREROS, APELADA.—Indemnización. Noviembre 12, 1920. Ponce. *Desestimada.*

No. 2099. PABÓN, APELADA, *v.* ALVARADO Y LÓPEZ, APELANTE EL SEGUNDO.—Nulidad de actuaciones. (Reconsideración.) Mayagüez. Noviembre 19, 1920. *Sin lugar.*

No. 2120. LARRINAGA, APELANTE, *v.* PORTO RICO RAALWAY, LIGHT AND POWER COMPANY, APELADA.—Reivindicación. (Reconsideración.) San Juan, Sección Primera. Noviembre 19, 1920. *Sin lugar.*

No. 1588. EL PUEBLO, APELANTE, *v.* VICEN, HERMANOS, APE-